Kevin JOHNSON, Plaintiff—Appellant,

v.

Jerry KILGORE, Attorney General; Gene Johnson, Director, Virginia Department of Corrections; Ronald J. Angelone, Director, Virginia Department of Corrections; Fred Schilling, Health Services, Director, Virginia Department of Corrections; Linda Shields, Food Services, Director, Virginia Department of Corrections; Larry Huffman, Regional Director, Virginia Department of Corrections; Tracy Ray, Warden Chief, Red Onion State Prison; Daniel Braxton, Warden Chief, Red Onion State Prison; Jerry Armentrout, Assistant Warden, Red Onion State Prison; Yvonne Taylor, Treatment Program Supervisor, Red Onion State Prison; Richard Fleming, Security Chief, Red Onion State Prison; Larry Collins, Disciplinary Hearing Officer, Red Onion State Prison; D. McKnight, Food Services Supervisor, Red Onion State Prison; Doctor Owens, Optometrist, Red Onion State Prison; Doctor Williams, Medical Doctor, Red Onion State Prison; V. Phipps, Nursing Director, Red Onion State Prison; L. Holsapple, Licensed Practical Nurse, Red Onion State Prison; H. Bolling, Licensed Practical Nurse, Red Onion State Prison; W. Stidham, Licensed Practical Nurse, Red Onion State Prison;

J. Deel, Licensed Practical Nurse, Red Onion State Prison; D. Lester, Licensed Practical Nurse, Red Onion State Prison; D. Moore, Licensed Practical Nurse, Red Onion State Prison; T. Phipps, Licensed Practical Nurse, or Registered Nurse, Red Onion State Prison; P. Mullins, Registered Nurse, Red Onion State Prison; T. Adams, Institutional Investigator, Red Onion State Prison; O'Quinn, Prison Guard, Red Onion State Prison; Stanley, Prison Guard, Red Onion State Prison; J. Kiser, Prison Guard, Captain, Red Onion State Prison; D. Turner, Prison Guard, Captain, Red Onion State Prison; R. Fowler, Prison Guard, Lieutenant, Red Onion State Prison; K. McCoy, Prison Guard, Lieutenant, Red Onion State Prison; S. Deel, Prison Guard, Sergeant, Red Onion State Prison; L. Fleming, Prison Guard, Sergeant, Red Onion State Prison; T. Wood, Prison Guard, Sergeant, Red Onion State Prison; J. Vitatoe, Prison Guard, Red Onion State Prison; J. Bowen, Prison Guard, Red Onion State Prison; S. Long, Prison Guard, Red Onion State Prison; C. Branham, Prison Guard, Red Onion State Prison; R. Phipps, Prison Guard, Red Onion State Prison; S. Bunch, Mailroom Clerk, Red Onion State Prison; T. Pease, Mailroom Clerk, Red Onion State Prison; S. Mullins, Mailroom Clerk, Red Onion State Prison; F. Taylor, Grievance Coordinator, Red Onion State Prison; R. Mullins, GC, Red Onion State Prison; M. Bolling, GC, Red Onion State Prison; N. Sutherland, GC, Red Onion State Prison; J. Johnson, GC, Red Onion State Prison; P. Perrigan, GC, Red Onion State Prison; Q. Reynolds, Counselor, Red Onion State Prison; Tiller, Counselor, Red Onion State Prison; Stanley Young, Warden Chief, Wallens Ridge State Prison; Adam Harvey, Assistant Warden, Wallens Ridge State Prison; T. Yates, Security Chief, Wallens Ridge State Prison; S.E. Rider, GC, Wallens Ridge State Prison; M. Hall–Gallihar, Counselor, Wallens Ridge State Prison; G. Baker, Counselor, Wallens Ridge State Prison; T. Phillips, Prison Guard, Red Onion State Prison; C. Salyers, Prison Guard, Wallens Ridge State Prison; George Allen, III, Virginia Governor; James Gilmore, Virginia Governor; Mark Warner, Governor, Defendants—Appellees.

No. 06–6262.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2006.

Decided: Dec. 27, 2006.

Kevin Johnson, Appellant Pro Se.

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Johnson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Kilgore*, No. 7:05–cv–00728–JLK, 2006 WL 42281 (W.D.Va. Jan. 6 and Feb. 7, 2006). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*